1348

Hubert MORELOCK et al.,
Plaintiffs-Appellants,

v.

The NCR CORPORATION,
Defendant-Appellee.

Nos. 75–2220, 75–2282.

United States Court of Appeals,
Sixth Circuit.

May 17, 1977.

Before WEICK and ENGEL, Circuit Judges, and LAMBROS,* District Judge.

ORDER

This cause is before the Court on Appellants' petition for rehearing and suggestion for rehearing en banc. The Secretary of Labor has joined in this petition as amicus curiae.

No judge of this Court having requested a vote on the suggestion that the petition be considered en banc, and this Court having considered said petition and finding the case at bar, 546 F.2d 682, to be in accord with the recent cases of *Rogers v. Exxon Research and Engineering Co.*, 550 F.2d 834 (3rd Cir. 1977) and *Pons v. Lorillard*, 549 F.2d 950 (4th Cir. 1977),[1]

IT IS ORDERED that the petition be, and is, hereby denied.

* The Honorable Thomas D. Lambros, Judge, United States District Court for the Northern District of Ohio, sitting by designation.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

MEADE CONSTRUCTION CO.,
INC., Respondent.

No. 76–1203.

United States Court of Appeals,
Sixth Circuit.

June 21, 1977.

Elliott Moore, Deputy Associate Gen. Counsel, Madge Jefferson, Jay Shanklin, N.L.R.B., Washington, D.C., for N.L.R.B.

Lowell T. Hughes, Van Antwerp, Hughes, Monge & Jones, Ashland, Ky., Richard C. Curry, Cincinnati, Ohio, for respondent.

Before PHILLIPS, Chief Judge, and WEICK and LIVELY, Circuit Judges.

ORDER

This matter is before the court on an application for enforcement of an order of the National Labor Relations Board issued against the respondent Meade Construction Co., Inc. The order is reported at 220 N.L.R.B. No. 104.

Upon consideration of the entire record together with the briefs and oral arguments of counsel the court concludes that enforcement of the Board's order should be denied. We conclude that the administrative law judge correctly determined, following a hearing, that the respondent did not violate the National Labor Relations Act and did not discriminate against employees in discharging the complaining party.

The application for enforcement is denied.

1. Compare *Morelock v. NCR Corp.*, 6 Cir., 546 F.2d 682, 689 nn. 16, 17 with *Rogers v. Exxon Research and Engineering Co., supra* at 839 and *Pons v. Lorillard, supra* at 951 n.3.